**\*E-Filed 11/3/11 \***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Paul J. Mansdorf, | No. C 10-03036 RS |
| Plaintiffs, | **STANDBY ORDER OF DISMISSAL** |
| v. | |
| Darren Epps, et al., | |
| Defendants. | |
| _____/ | |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **January 3, 2012**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 5, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:  11/3/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-03036 RS
STANDBY ORDER OF DISMISSAL